Val Blatz Brewing Company, appellant, v. Anton J. Cermak, bailiff of the Municipal Court of Chicago, appellee. Gen. No. 24,653.

Action of replevin. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919.

Winston, Strawn & Shaw, for appellant; P. W. Pogue, of counsel. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Val Blatz Brewing Company, appellant, v. Anton J. Cermak, bailiff of Municipal Court of Chicago, appellee. Gen. No. 24,654.

Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded in accordance with opinion in case No. 24,653, *ante*. Opinion filed October 10, 1919.

Winston, Strawn & Shaw, for appellant; P. W. Pogue, of counsel. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

In the matter of the estate of George C. Benton, deceased.

C. W. Ward, executor, appellee, v. Chicago Title & Trust Company, administrator of the estate of Harriot B. Ward, appellant. Gen. No. 24,663.

Claim against decedent's estate for conversion by decedent of shares of corporate stock. Judgment for claimant. Appeal from the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed October 10, 1919. Rehearing denied October 21, 1919.

Fisher, Boyden, Kales & Bell, for appellant; Albert M. Kales and Darrell S. Boyd, of counsel. Montgomery, Hart & Smith, for appellee; Louis E. Hart and Irving Herriott, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

F. P. Smith, trading as F. P. Smith Tire & Iron Works, appellee, v. Art Metal Construction Company, appellant. Gen. No. 24,685.

Action to recover under contract for ornamental iron-work furnished by plaintiff to defendant. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.

Adams, Childs, Bobb & Wescott, for appellant. Miller, Gorham & Wales, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Frederick Hildmann, appellee, v. George H. Seery et al., appellants. Gen. No. 24,698.

Suit to cancel and set aside overissued shares of corporate stock as result of mistake of fact. Judgment for complainant. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed October 10, 1919.